IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-398-AP**

**DOMINIQUE CORTEZ, o/b/o LAWRENCE CORTEZ,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

---

**MINUTE ORDER RE WITHDRAWAL/REPLACEMENT OF
CERTIFIED ADMINISTRATIVE RECORD (DOC. 12)**

---

Judge John L. Kane **ORDERS**

       Defendant's Unopposed Motion to Withdraw (and Replace) Social Security Administrative Record (Doc. 12) is GRANTED. The corrected electronic Certified Administrative Record submitted as Attachments 2-16 with the Unopposed Motion is ACCEPTED as filed.

_____

July 1, 2011.