IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-398-AP**

**DOMINIQUE CORTEZ, o/b/o LAWRENCE CORTEZ,**

      Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

      Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of Defendant's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) Due to Lack of Plaintiff's Standing (doc. #16), filed August 4, 2011, it is

**ORDERED** that the Motion is **GRANTED**.  This case is **DISMISSED** for lack of subject matter jurisdiction.

Dated:  August 24, 2011

                                            BY THE COURT:

                                            *S/John L. Kane*
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT